THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM RUBIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX RITTER, Appellant.

Argued June 3, 1942; decided July 29, 1942.

*Maxwell Slade* and *Samuel Firestone* for appellants.

*John J. Bennett, Jr.,* Attorney General (*Benjamin Heffner* and *M. Perry Dawson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.